UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

R<span>OBERT</span> S<span>ERVIS</span>, J<span>R</span>., et al.,

    Plaintiffs and
    Counter-Defendants,                     Hon. Phillip J. Green

v.                                                   Case No. 1:22-cv-745

I<span>NYOUNG</span> J<span>ANG</span>, et al.,

    Defendants and
    Counter-Plaintiffs.
_____/

## **JUDGMENT**

Consistent with the Opinion and Order filed this day, Defendants' Motion to Dismiss, (ECF No. 27), is granted in part and denied in part; Plaintiffs' Motion to Dismiss, (ECF No. 29), is denied; and this matter terminated.

Date: March 4, 2024                                         /s/ Phillip J. Green
                                                                       PHILLIP J. GREEN
                                                                       United States Magistrate Judge